ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
JORDAN S. ESENSTEN (SBN 264645)
jesensten@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

BRIAN D. CHASE (SBN 164109)
bchase@bisnarchase.com
IAN M. SILVERS (SBN 247416)
isilvers@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COZETTE WILLNER, in her individual capacity, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA CORPORATION; ZELLE CORP.; and DOES 1-100, inclusive,<br><br>             Defendants. | CASE NO. 2:23-cv-1430-DOC-ADS<br><br>**PUTATIVE CLASS ACTION**<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

1
**Notice of Dismissal Pursuant to FRCP 41(a)**

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Cozette Willner ("Plaintiff") hereby dismisses this action without prejudice against all defendants, including BANK OF AMERICA CORPORATION and EARLY WARNING SERVICES, LLC.

This dismissal is with respect to Plaintiff and Plaintiff's claims only.  Putative class members are not dismissing nor releasing any claims.

Neither Plaintiff nor her attorneys are receiving any compensation in exchange for this dismissal.

No answer has been filed by either defendant.

Each party has agreed to bear their own costs in connection with this dismissed action.

DATED:  March 21, 2023            **ESENSTEN LAW**

By:      /s/ Jordan S. Esensten
         JORDAN S. ESENSTEN
         Attorneys for Plaintiff and the Putative Class

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing document entitled **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** with the Clerk of the Court by using the CM/ECF System.

/s/ Jordan S. Esensten
Jordan S. Esensten